1  M. DAVID DeSANTIS, ESQ. (SB# 132629)
   GIANUNZIO & DeSANTIS LLP
2  1330 Broadway, Suite 1032
   Oakland, California 94612
3  Telephone: (510) 465-5212
   Facsimile : (510) 595-0362
4  mdd@gdslawoffices.com

5  Attorneys for Defendant
   SWIFTS SUPERSTORE, a California Corporation,
6  d/b/a SWIFT CHRYSLER JEEP DODGE KIA

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COREY RL GRAY, | Case No. 3:09-cv-02699-MEJ |
| Plaintiff, | |
| v. | **STIPULATED DISMISSAL** |
| SWIFT CHRYSLER JEEP DODGE KIA | (FRCP 41 (a)(1)) |
| Defendant. | |

   IT IS HEREBY STIPULATED by and between the parties through their designated counsel that this action be and is hereby dismissed with prejudice pursuant to FRCP 41 (a)(1).

DATED: August 20, 2009          GIANUNZIO & DeSANTIS, LLP

                                /s/ M. David DeSantis
                            By: _____
                                M. DAVID DESANTIS, ESQ.
                                Attorneys for Defendant
                                SWIFTS SUPERSTORE, a California
                                Corporation, dba SWIFT CHRYSLER JEEP
                                DODGE KIA

[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — GRANTED, Judge Maria-Elena James]

1

Stipulated Dismissal                                    Case No. 3:09-cv-02699-MEJ

1  DATED: August 20, 2009                    KROHN & MOSS, Ltd.

4                                                          /s/ G. Thomas Martin III
                                                    By:_____
5                                                      G. Thomas Martin III
                                                       Attorneys for Plaintiff COREY RL GRAY

2

Stipulated Dismissal                              Case No. 3:09-cv-02699-MEJ